FILED
JUL 29 2025
2:13 PM
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Julien X. Neals |
| v. | Criminal No. 25-487 |
| ANTHONY OLIVO, a/k/a "Menol," and DAUOOW JONES | 21 U.S.C. § 846<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

Between in or around March 2019 through in or around April 2025, in Passaic County, in the District of New Jersey and elsewhere, the defendants,

**ANTHONY OLIVO,**
**a/k/a "Menol," and**
**DAUOOW JONES,**

did knowingly and intentionally conspire and agree with each other and others to distribute and possess with intent to distribute 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of the controlled substances offense alleged in this Indictment, the defendants,

**ANTHONY OLIVO,**
**a/k/a "Menol," and**
**DAUOOW JONES,**

shall forfeit to the United States of America any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of such offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in this Indictment.

### Substitute Assets Provision

If any of the property described above, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL,

_Alina Habba_
ALINA HABBA
Acting United States Attorney

CASE NUMBER: 25-487

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

ANTHONY OLIVO,
a/k/a "Menol," and
DAUOOW JONES

## INDICTMENT FOR

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C)

A True Bill,



ALINA HABBA
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

REBECCA A. SUSSMAN
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2730